UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    UNITED STATES OF AMERICA,       **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

        -against-       ~~CR~~   ( )( )

        Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___     Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer


/s/ Michael O'Neill_____     _/s/ Jonathan Marvinny_____
Defendant's Signature     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


_____     _____
Print Defendant's Name     Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_____     _____
Date     U.S. District Judge/U.S. Magistrate Judge